# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TIERNEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CAMUTO CONSULTING, INC., et al.<br><br>Defendants. | Case No. 2:17-CV-04936-ODW-AGR<br>*Hon. Otis D. Wright, II Presiding*<br><br>SUPPLEMENTAL DECLARATION OF REYOUNG KIM IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, TO TRANSFER VENUE |

1.  I, REYOUNG KIM, declare that I am over 18 years old and am competent to make the testimony set forth below. Except for those matters stated on information and belief, I have personal knowledge of the following. If called as a witness, I could and would competently testify as follows:

2.  I am the General Counsel of Camuto Consulting, Inc. d/b/a Camuto Group ("Camuto Consulting"), Vincent Camuto, LLC ("Vincent Camuto"), and Camuto Group, LLC ("Camuto Group") (collectively, "Camuto Entities"), the defendants in this action. I have personal knowledge of the Camuto Entities' business practices and its business records, for which I am a custodian. I make this declaration in support of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint.

3.  Vincent Camuto, LLC's registration as a foreign limited liability company in California has been administratively forfeited. *See* printout from California Secretary of State's website attached hereto as Exhibit A.

4. Camuto Group acquired a majority interest in Sole Society Group, Inc. in or about August 2016 and acquired the remaining interest in or about September 2017.

5. Camuto Group closed its Los Angeles office in or about March 2016.

6. At the time that the allegedly infringing images were posted on www.vincecamuto.com, the Camuto Entities' corporate website and social media accounts, there were two Vince Camuto shoe stores in California operated by a subsidiary of Camuto Group. One in Glendale and one in Santa Clara. The allegedly infringing images were not displayed in either store at any time.

7. The Camuto Entities do not request or collect residential addresses of customers who register to receive e-mail blasts or participate in loyalty programs via the e-commerce website, or of those customers who access the Camuto Entities' social media accounts.

I declare under penalty of perjury under the laws of the States of California and New York and the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on December 18, 2017 at New York, New York.

By: _____
Reyoung Kim
Declarant

2
DECLARATION OF REYOUNG KIM