# Exhibit A

**Alex Padilla**
**California Secretary of State**

 Business Search - Results

The California Business Search is updated daily and reflects work processed through Thursday, December 14, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for LP/LLC Name keyword "Vincent Camuto" returned 1 entity record (out of 1 record found).

Show | 10 | entities per page         Narrow search results: [        ]

| Entity Number | Registration Date | Status | Entity Name | Jurisdiction | Agent for Service of Process |
|---|---|---|---|---|---|
| 201415510294 | 06/02/2014 | SOS FORFEITED | **VINCENT CAMUTO LLC** | CONNECTICUT | NORMA RENNER |

Showing 1 to 1 of 1 entities                                  Previous | 1 | Next

Modify Search    New Search